*E-Filed 6/30/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIE WEAVER, | No. C 14-1019 RS (PR) |
|     Plaintiff, | **ORDER OF DISMISSAL** |
|     v. | |
| HARASSMENTS, et al., | |
|     Defendants. | |

This federal civil rights action brought pursuant to 42 U.S.C. § 1983 is DISMISSED because it is duplicative of a previously dismissed civil rights action, No. C 14-0453 RS. Plaintiff's current allegations provide no reason to revive his prior claims, or to justify the filing of another civil rights action. Accordingly, the action is DISMISSED with prejudice. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: June 30, 2014

                                      RICHARD SEEBORG
                                      United States District Judge